1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   Matthew C. Bockmon, Bar #161566
    Assistant Federal Defender
3   801 I Street, 3rd. Floor
    Sacramento, California  95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    MANDA LYNN WENTZLOFF
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   CASE NO. CR.S-11-476 LKK
                                       )
12               Plaintiff,            )   **STIPULATION AND ORDER TO CONTINUE**
                                       )   **STATUS CONFERENCE AND TO EXCLUDE**
13          v.                         )   **TIME PURSUANT TO THE SPEEDY TRIAL**
                                       )   **ACT**
14                                     )
    MANDA LYNN WENTZLOFF,              )
15                                     )   Date:   April 10, 2012
                 Defendant.            )   Time:   9:15 a.m.
16  _____)   Judge: Lawrence K. Karlton

17         It is hereby stipulated and agreed to between the United States of America through JARED DOLAN,

18  Assistant U.S. Attorney, and defendant, MANDA LYNN WENTZLOFF, by and through her counsel,

19  MATTHEW C. BOCKMON, Assistant Federal Defender, that the status conference set for Tuesday, March

20  6, 2012, be continued to Tuesday, April 10, 2012, at 9:15 a.m.

21         The reason for this continuance is because additional time is needed for defense preparation and for

22  meetings between the parties with the goal being to resolve the case by way of a disposition.  Ms. Wentzloff

23  remains at the residential treatment program.  She is doing well in the program and complying with her

24  conditions of pretrial release.

25         It is further stipulated that the time period from the date of this stipulation, March 1, 2012, through and

26  including the date of the new status conference hearing, April 10, 2012, shall be excluded under the Speedy

27  Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel

28  / / /

1  with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance

2  outweigh the best interests of the public and the defendant in a speedy trial.

3  DATED: March 1, 2012

4          Respectfully submitted,

5

6  BENJAMIN B. WAGNER                    DANIEL J. BRODERICK
   United States Attorney                Federal Defender

7  By:

8  /s/ Matthew C. Bockmon for            /s/ Matthew C. Bockmon
   JARED DOLAN                           MATTHEW C. BOCKMON
9  Assistant U.S. Attorney               Assistant Federal Defender
   Attorney for United States            Attorney for Defendant
10                                        MANDA LYNN WENTZLOFF

11

12                            **O R D E R**

13         Based on the reasons set forth in the stipulation of the parties filed on March 2, 2012, and good cause

14  appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED

15  that the status conference currently scheduled for Tuesday, March 6, 2012, be vacated and that the case be set

16  for **Tuesday, April 10, 2012, at 9:15 a.m.**  The Court finds that the ends of justice served by granting such

17  a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT

18  IS HEREBY ORDERED that, for the reasons stated in the parties' March 2, 2012, stipulation, the time within

19  which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time

20  period from the date of this stipulation, March 1, 2012, through and including April 10, 2012, pursuant to 18

21  U.S.C. §3161(h)(7)(A)&(B)(iv)  [reasonable time to prepare] and Local Code T4.

22

23  DATED: March 2, 2012

24                                        _____
                                          LAWRENCE K. KARLTON
25                                        Senior United States District Judge

26

27

28                                        2