1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Matthew C. Bockmon, Bar #161566
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MANDA LYNN WENTZLOFF
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  CASE NO. CR. S-11-476 LKK
                                     )
12              Plaintiff,           )  **STIPULATION AND ORDER TO CONTINUE**
                                     )  **STATUS CONFERENCE AND TO EXCLUDE**
13        v.                         )  **TIME PURSUANT TO THE SPEEDY TRIAL**
                                     )  **ACT**
14                                   )
    MANDA LYNN WENTZLOFF,            )  Date:  May 1, 2012
15                                   )  Time:  9:15 a.m.
                Defendant.           )  Judge: Lawrence K. Karlton
16  _____ )

17      It is hereby stipulated and agreed to between the United States of America through JARED DOLAN,

18  Assistant U.S. Attorney, and defendant, MANDA LYNN WENTZLOFF, by and through her counsel,

19  MATTHEW C. BOCKMON, Assistant Federal Defender, that the status conference set for Tuesday, April 10,

20  2012, be continued to Tuesday, May 1, 2012, at 9:15 a.m.

21      The reason for this continuance is because additional time is needed for defense preparation and for

22  meetings between the parties with the goal being to resolve the case by way of a disposition.  Ms. Wentzloff

23  continues to do well in the residential treatment program and comply with her conditions of pretrial release.

24  In addition, co-defendant Jasen Dushane is on calendar May 1, 2012, for status conference.

25      It is further stipulated that the time period from the date of this stipulation, April 5, 2012, through and

26  including the date of the new status conference hearing, May 1, 2012, shall be excluded under the Speedy Trial

27  / / /

28  / / /

1 | Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with

2 | the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh

3 | the best interests of the public and the defendant in a speedy trial.

4 | DATED: April 5, 2012

5 |         Respectfully submitted,

6 | BENJAMIN B. WAGNER                          DANIEL J. BRODERICK
   | United States Attorney                          Federal Defender

7 | By:

8 | */s/ Matthew C. Bockmon for*                     */s/ Matthew C. Bockmon*
9 | JARED DOLAN                                 MATTHEW C. BOCKMON
   | Assistant U.S. Attorney                         Assistant Federal Defender
10 | Attorney for United States                      Attorney for Defendant
    |                                             MANDA LYNN WENTZLOFF

11

12

13 |                          **O R D E R**

14 |         Based on the reasons set forth in the stipulation of the parties filed on April 5, 2012, and good cause

15 | appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED

16 | that the status conference currently scheduled for Tuesday, April 10, 2012, be vacated and that the case be set

17 | for **Tuesday, May 1, 2012, at 9:15 a.m.**  The Court finds that the ends of justice served by granting such a

18 | continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS

19 | HEREBY ORDERED that, for the reasons stated in the parties' April 5, 2012, stipulation, the time within

20 | which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time

21 | period from the date of this stipulation, April 5, 2012, through and including May 1, 2012, pursuant to 18

22 | U.S.C. §3161(h)(7)(A)&(B)(iv)  [reasonable time to prepare] and Local Code T4.

23

24 | DATED: April 5, 2012

25 |                                             LAWRENCE K. KARLTON
26 |                                             SENIOR JUDGE
    |                                             UNITED STATES DISTRICT COURT

27

28 |                                2