DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MANDA LYNN WENTZLOFF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-11-476 LKK |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |
| MANDA LYNN WENTZLOFF, ) | |
| Defendant. ) | JUDGE: Gregory G. Hollows |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jared Dolan, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for defendant MANDA LYNN WENTZLOFF, that the conditions of pretrial release set in this case on November 30, 2011, be modified to add the following condition:

**You shall participate in a cognitive behavior treatment program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services Office.**

This proposed modification is being requested by Pretrial Services Officer Steven Sheehan. Ms. Wentzloff was recently discharged from The Effort's residential treatment program to live at a transitional program in Sacramento. Ms. Wentzloff is attending outpatient dual diagnosis counseling and has been referred to random outpatient testing. Mr. Sheehan informed counsel that defendants who complete residential treatment and reside in or near Sacramento, are now mandated to participate in Moral Reconation Therapy

(MRT) and believes Ms. Wentzloff would benefit by participating in MRT. Ms. Wentzloff and the government have no opposition to this request.

Dated: July 19, 2012

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
Federal Defender

*/s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
MANDA LYNN WENTZLOFF

Dated: July 19, 2012                      BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew C. Bockmon for*
JARED DOLAN
Assistant U.S. Attorney

## **O R D E R**

Based on the parties' stipulation, the pretrial service officer's agreement, and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety.

IT IS SO ORDERED.

Dated: July 18, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2