1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  Matthew C. Bockmon, Bar #161566
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MANDA LYNN WENTZLOFF
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   CASE NO. CR-S-11-476 LKK
                                       )
12              Plaintiff,             )   **STIPULATION AND ORDER TO CONTINUE**
                                       )   **STATUS CONFERENCE AND TO EXCLUDE**
13          v.                         )   **TIME PURSUANT TO THE SPEEDY TRIAL**
                                       )   **ACT**
14                                     )
    MANDA LYNN WENTZLOFF,              )   Date:   July 9, 2013
15                                     )   Time:   9:15 a.m.
                Defendant.             )   Judge:  Lawrence K. Karlton
16  _____   )

17          It is hereby stipulated and agreed to between the United States of America through JARED DOLAN,

18  Assistant U.S. Attorney, and defendant, MANDA LYNN WENTZLOFF, by and through her counsel,

19  MATTHEW C. BOCKMON, Assistant Federal Defender, that the status conference set for Tuesday, April 9,

20  2013, be continued to Tuesday, July 9, 2013, at 9:15 a.m.

21          The reason for this continuance is because additional time is needed for defense preparation and for

22  meetings between the parties with the goal being to resolve the case by way of a disposition.

23          It is further stipulated that the time period from the date of this stipulation, April 3, 2013, through and

24  including the date of the new status conference hearing, July 9, 2013, shall be excluded under the Speedy Trial

25  Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with

26  the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh

27  the best interests of the public and the defendant in a speedy trial.

28

Dated:  April 3, 2013

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

 /s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
MANDA LYNN WENTZLOFF

Dated:  April 3, 2013

BENJAMIN B. WAGNER
United States Attorney

 /s/ Matthew C. Bockmon for
JARED DOLAN
Assistant U.S. Attorney
Attorney for Plaintiff

## O R D E R

Based on the reasons set forth in the stipulation of the parties filed on April 4, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, April 9, 2013, be vacated and that the case be set for **Tuesday, July 9, 2013, at 9:15 a.m.**  The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 4, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, April 3, 2013, through and including July 9, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv)  [reasonable time to prepare] and Local Code T4.

DATED: April 3, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2